IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>      Plaintiff,<br><br>vs.<br><br>STEPHEN FRANKLIN dba STEVE'S CABANA BAR and DOES 1 THROUGH 10, Inclusive,<br><br>      Defendants. | Case No.:07 CV 0401 BTM (NLS)<br><br>**ORDER ON MOTION/STIPULATION OF DISMISSAL**<br><br>[F.R.Civ.P. Rule 41 (a)(1), (2)] |

**IT IS HEREBY ORDERED,** that Magistrate Judge Nita L. Stormes or any other Magistrate Judge appointed by the Court, shall retain jurisdiction over all further proceedings in this matter including, but not limited to, interpretation and enforcement of the terms of the Settlement Agreement.

It is further ordered that the Complaint in USDC Case No. 07 CV 0401 BTM (NLS) is hereby dismissed in its entirety and with prejudice. The Parties shall each bear its, his or her own costs and fees, except as otherwise set forth in the Settlement Agreement.

**IT IS SO ORDERED.**

DATED: August 20, 2007

*Barry Ted Moskowitz*
Honorable Barry Ted Moskowitz
United States District Judge